

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-14-00504-CV

Style:                  Sandra Perez v. Brian Williams

Date motion filed[*]:   November 7, 2014

Type of motion:         Motion for Extension of Time to File Reporter's Record

Party filing motion:    Court reporter

Document to be filed:   Reporter's Record

Is appeal accelerated?       No
If motion to extend time:

    Original due date:              August 25, 2014

    Number of extensions granted:   2        Current Due date: September 25, 2014

    Date Requested:                 November 27, 2014

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: December 1, 2014

        ☑   No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    On September 22, 2014, the Clerk of this Court granted the reporter's second motion for extension of time to file the record due to the appellant's failure to pay the full fee. Accordingly, the reporter's third motion for an extension of time, construed as her first after full payment was made, is granted, but no further extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Evelyn V. Keyes
                ☒ Acting individually      ☐ Acting for the Court

Date: November 13, 2014

November 7, 2008 Revision